■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JOHN MOSKAL, Respondent. (Appeal No. 2.) [692 NYS2d 633] —Appeal unanimously dismissed (*see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Order of Oneida County Court, Ringrose, J.—Suppression.) Present—Green, J. P., Pine, Wisner, Hurlbutt and Balio, JJ.